AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
V.
Jeannette Tye Runyon

**COMMITMENT TO ANOTHER DISTRICT**

FILED
CHARLOTTE, N.C.
FEB 28 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:07MJ165-1 | 3:08MJ45 | N.C. |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☑ Complaint  ☐ Other (specify)

**charging a violation of** 18; 42 U.S.C. § 1542; 408(a)(6)

**DISTRICT OF OFFENSE** Middle District of North Carolina

**DESCRIPTION OF CHARGES:**

did knowingly and willfully make a false statement in an application for a US passport and willfully and knowingly provided a false statement in an application for a Social Security Card

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☑ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☑ No  ☑ Yes  Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Feb. 28, 2008 — Date

Carl Horn, III — Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |