# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

---

Office of the Clerk
401 West Trade Street
Charlotte, North Carolina 28202
(704) 350-7400

**March 3, 2008**

**Clerk, United States District Court**
**M 119 L. Richardson Preyer**
 **Federal Building**
**324 West Market Street**
**Greensboro, NC 27401-7455**

Re:    TRANSMISSION OF RULE 40 DOCUMENTS

   USA vs   Jeannette Tye Runyon

| Western District of North Carolina | Case No. : | 3:08MJ45 |
| Middle District of North Carolina | Case No.: | 1:07MJ165-1 |

Dear Clerk:

Enclosed please find the original Rule 40 paperwork for the above-referenced case.

Please acknowledge receipt of by signing the duplicate of this letter and returning to me.

                    Sincerely,

                    s/ Tammy O'Brien
                    Magistrate Courtroom Deputy

**Return to:**

**Clerk, U.S. District Court**
**Western District of North Carolina**
**401 West Trade Street, Room 218**
**Charlotte, NC 28202**

**Enclosures**